UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUSSELL DUANE McNEIL,<br><br>                Plaintiff,<br><br>   v.<br><br>JAY INSLEY, STATE OF WASHINGTON, YAKIMA COUNTY PROSECUTOR JOHN-JANE DOE,<br><br>                Defendants. | NO: 13-CV-0122-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF FILING FEE CEASE |

Magistrate Judge Hutton filed a Report and Recommendation (ECF No. 10), recommending that Mr. McNeil's request to Voluntarily Dismiss this action be granted. Defendants have not been served. There being no objections, the Court **ADOPTS** the Report and Recommendation. Plaintiff's Motion (ECF No. 8) is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS FURTHER ORDERED** Plaintiff's Motion to waive filing fee (ECF No. 9) is **GRANTED** and the institution having custody of Mr. McNeil shall cease collection of the filing fee in this action, cause number **13-CV-0122-JPH.**

ORDER DISMISSING COMPLAINT -- 1

      **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court Executive is further directed to send a copy of this Order to the **Office of the Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA 98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also shall provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

      **DATED** August 1, 2013.



                THOMAS O. RICE
              United States District Judge

ORDER DISMISSING COMPLAINT -- 2