AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RUSSELL DUANE MCNEIL, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 13-CV-0122-JPH |
| JAY INSLEY, et al., ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other**:   The Report and Recommendation is adopted and the case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice _____ on motion for Voluntary Dismissal.

Date:  08/01/2013                                           CLERK OF COURT

                                                            s/Linda Hansen, Deputy Clerk
                                                            Signature of Clerk or Deputy Clerk